JOSEPH P. MCMONIGLE  State Bar #66811
ANN L. STRAYER  State Bar #152311
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  9410411
TEL: (415) 397-2222   FAX: (415) 397-6392
jmcmonigle@longlevit.com
astrayer@longlevit.com

Attorneys for Defendants
DWIGHT T. EVANS, ROBERT A. MONZINGO,
LEROY LAVETTE, NORMA R. COMNICK, JOHN
NEISWANGER, ROBERT N. WAGNER, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUCK CAKE and FRAN MCDERMOTT, Trustees of SHASTA BUTTE ELECTRICAL WORKERS PENSION TRUST, SHASTA BUTTE ELECTRICAL WORKERS PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT T. EVANS, ROBERT A. MONZINGO, LEROY LAVETTE, NORMA R. COMNICK, JOHN K. NEISWANGER, ROBERT N. WAGNER, SR.,<br><br>Defendants. | CASE No. 2:00-cv-1696 MCE KJM<br><br>**ORDER GRANTING DISMISSAL OF ACTION**<br><br>Action Filed:  August 8, 2000 |

After full consideration, the Court grants Plaintiffs CHUCK CAKE and FRAN MCDERMOTT, Trustees of SHASTA BUTTE ELECTRICAL WORKERS PENSION TRUST, SHASTA BUTTE ELECTRICAL WORKERS PENSION TRUST, pursuant to FRCP 41(a)(1)(ii), and the Stipulation of Dismissal of Action of their Complaint for Breach of Fiduciary Duty and Negligence from the United States District Court, Eastern District of California,

///

1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PDF created with pdfFactory trial version www.pdffactory.com

1  ///

2  Sacramento Division, Case No. CIV S 00-1696 MCE KJM filed with this Court on August 8,

3  2000.

4      IT IS SO ORDERED.

7  Dated: February 1, 2006

8  _____
   MORRISON C. ENGLAND, JR
9  UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

PDF created with pdfFactory trial version www.pdffactory.com